United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Susan Khoury, Plaintiff<br><br>v.<br><br>Miami–Dade County School Board and Gregory Williams, Defendants. | Civil Action No. 16-20680-Civ-Scola |

## Judgment

The Court has granted summary judgment. (Order, ECF No. 188.) The Court now enters judgment in favor of the Defendants, Miami-Dade School Board and Gregory Williams, and against the Plaintiff Susan Khoury, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on March 29, 2018.

Robert N. Scola, Jr.
United States District Judge