United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Susan Khoury, Plaintiff | ) |
| v. | ) |
| | ) Civil Action No. 16-20680-Civ-Scola |
| Miami–Dade County School Board | ) |
| and Gregory Williams, Defendants. | ) |

### Order Adopting Magistrate Judge's Report And Recommendation

This matter was referred to United States Magistrate Judge Alicia M. Otazo-Reyes for a report and recommendation on the Defendants' motion to tax costs and motion for attorneys' fees. (Order, ECF No. 200.) On November 28, 2018, Judge Otazo-Reyes issued a report, recommending that the Court grant in part the Defendants' motion for costs, award the Defendants costs in the amount of $11,000.90, and deny the Defendants' motion for attorneys' fees. (Report, ECF No. 221.) No objections have been filed and the time to object has passed.

Having considered Judge Otazo-Reyes's report, the record, and the relevant legal authorities, the Court finds Judge Otazo-Reyes's report and recommendation cogent and compelling. The Court therefore **affirms and adopts** Judge Otazo-Reyes's report and recommendation (**ECF No. 221**). Accordingly, the Court **grants in part** the Defendants' motion to tax costs (**ECF No. 191**) and denies the Defendants' motion for attorneys' fees (**ECF No. 194**). The Court awards **$11,000.90** in costs to the Defendants to be paid by Plaintiff Susan Khoury.

**Done and ordered** at Miami, Florida on January 31, 2019.

Robert N. Scola, Jr.
United States District Judge