United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Susan Khoury, Plaintiff<br><br>v.<br><br>Miami–Dade County School Board and Gregory Williams, Defendants. | )<br>)<br>) Civil Action No. 16-20680-Civ-Scola<br>)<br>) |

### Order Reopening Case

      Previously, the Court granted Defendants Miami-Dade County School Board (the "County") and Gregory Williams' respective motions for summary judgment and closed this action. Plaintiff Susan Khoury appealed the Court's order. On appeal, the Eleventh Circuit affirmed the Court's order to the extent it granted the County's motion for summary judgment. *Khoury v. Miami-Dade Cty. Sch. Bd.*, 4 F.4th 1118, 1124 (11th Cir. 2021). However, the Eleventh Circuit held that this Court erred in granting Williams' motion for summary judgment. *Id.* at 1125. Specifically, the appellate court found that there were disputed issues of facts regarding whether: (1) Williams had probable cause to seize Khoury and therefore whether he was entitled to qualified immunity; and (2) there exists a causal connection between Khoury's protected speech and the alleged retaliatory action.

      In light of the Eleventh Circuit's mandate, the Clerk of the Court is directed to **reopen** this action. By **January 10, 2022**, the parties are directed to file a joint status report proposing the remaining trial deadlines and identifying any issues that remain for the Court to decide.

      **Done and ordered** at Miami, Florida on December 27, 2021.

                                                                                     _____
                                                                                  Robert N. Scola, Jr.
                                                                                  United States District Judge