United States District Court
for the
Southern District of Florida

Susan Khoury, Plaintiff )
)
v. ) Civil Action No. 16-20680-Civ-
) Scola
Gregory Williams, Defendant. )
)

## Verdict Form

We, the jury, return the following verdict:

1. Did Officer Williams intentionally cause Ms. Khoury to be involuntarily committed to a mental institution pursuant to Florida's Baker Act without probable cause, which was a legal cause of her injuries?

    YES  X      NO ____

[IF YOUR ANSWER IS NO PLEASE PROCEED TO QUESTION 4. IF YOUR ANSWER IS YES, PLEASE ANSWER QUESTIONS 2 AND 3.]

2. In light of the information that he received, and the situation that he confronted, on the day of the incident, did Officer Williams have a reasonable basis – even if mistaken – to believe that Plaintiff was exhibiting signs of mental illness?

    YES  X      NO ____

[PLEASE PROCEED TO QUESTION 3.]

3. Did Officer Williams have a reasonable basis – even if mistaken – to believe that without care or treatment there was a substantial likelihood that Plaintiff would cause serious bodily harm to herself or to others in the near future?

    YES ____    NO  X

[PLEASE PROCEED TO QUESTION 4.]

4. Did Officer Williams detain and seize Ms. Khoury in retaliation for her reasonable exercise of her First Amendment right to observe and record police engaged in the public discharge of their duties?

YES \_\_\_\_    NO **X**

[IF YOUR ANSWERS TO BOTH QUESTIONS 1 AND 4 ARE NO, YOUR VERDICT IS FOR OFFICER WILLIAMS, AND YOU SHOULD PROCEED NO FURTHER EXCEPT TO SIGN AND DATE THIS VERDICT FORM AND RETURN IT TO THE COURT. IF, HOWEVER, YOUR ANSWER TO EITHER QUESTION 1 OR 4 IS YES, YOUR VERDICT IS FOR SUSAN KHOURY AND YOU SHOULD PROCEED TO QUESTION 5.]

5. What is the total amount of Ms. Khoury's damages for the following categories, less any amount that Ms. Khoury could have reasonably received if she had taken advantage of an opportunity to reduce or minimize her loss or damage?

(a) The reasonable value of medical care and supplies that Ms. Khoury reasonably needed and actually obtained: $ **20K**

(b) Ms. Khoury's physical injuries, including ill health, physical pain and suffering, disability, disfigurement, and discomfort that she experienced in the past: $ **50K**

(c) Such physical harm, pain, disability, disfigurement, or discomfort that Ms. Khoury is reasonably certain to experience in the future: $ **250K**

(d) Ms. Khoury's mental and emotional distress, impairment of reputation, and personal humiliation that she experienced in the past: $ **50K**

(e) Such mental or emotional harm that Ms. Khoury is reasonably certain to experience in the future: $ **150K**

TOTAL DAMAGES OF MS. KHOURY (add categories 5.a.-e.): $ **520K**

[PLEASE HAVE THE FOREPERSON SIGN AND DATE THE FOLLOWING PAGE.]

SO SAY WE ALL                                    Dated: March 17, 2022.

_____                          _____
Foreperson Signature                             Foreperson Juror Number