United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Susan Khoury, Plaintiff </br></br>v. </br></br>Gregory Williams, Defendant. | ) </br> ) </br> ) Civil Action No. 16-20680-Civ-Scola </br> ) </br> ) |

### Judgment

    A jury rendered a verdict in favor of Plaintiff Susan Khoury in this action on March 17, 2022. (ECF No. 279.)  As required by Federal Rule of Civil Procedure 58, the Court now enters judgment on the verdict in the total sum of **$520,000**, as detailed in the verdict form (*id.*), in favor of Plaintiff Susan Khoury and against Defendant Gregory Williams.

    The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on March 22, 2022.

_____
Robert N. Scola, Jr.
United States District Judge