**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 16-cv-20680-SCOLA/OTAZO-REYES

SUSAN KHOURY,

      Plaintiff,

v.

THE MIAMI-DADE COUNTY
SCHOOL BOARD, a political
subdivision of the State of Florida
and GREGORY WILLIAMS, a
resident of the State of Florida,

      Defendants.  /

## NOTICE OF FILING TRIAL EXHIBITS

Plaintiff, SUSAN KHOURY ("Ms. Khoury"), provides notice that she is filing the following exhibits that were introduced into evidence during trial as Composite Exhibit "A."[1]

Plaintiff's Exhibit # 2 – Photographs of Improperly Parked Cars (pg. 2)

Plaintiff's Exhibit # 12 – Advanced Imaging Billing Statement (pg. 25)

Plaintiff's Exhibit # 13 – Dr. Edward Lazzarin Billing Statement (pg. 27)

Plaintiff's Exhibit # 15 – March 2011 Letter from Miami-Dade County (pg. 29)

Plaintiff's Exhibit # 17 – Google Earth Photograph of Glades Middle School (pg. 31)

Plaintiff's Exhibit # 29 – Photograph taken in front of Plaintiff's Home (pg. 33)

---

[1] Plaintiff's Exhibit # 6, 7, 23, 24 contained video footage and will be manually provided to the Clerk of Court pursuant to Local Rule 5.3

Respectfully Submitted,

Hilton Napoleon Esq., FBN 17593
RASCO KLOCK  PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7100
Facsimile: 305.476.7102

*Counsel for the Plaintiff, Susan Khoury*

By: */s/ Hilton Napoleon, II*
      Hilton Napoleon, II

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2022, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Hilton Napoleon, II*
      Hilton Napoleon, II

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.   16-cv-20680-RNS

__Susan Khoury__,
    **Plaintiff**

v.

__Gregory Williams__,
    **Defendant.**

### CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, __Hilton Napoleon, II__, as counsel for the plaintiff,

__Susan Khoury__, hereby certify the following:

Check the applicable sections:

☒ ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☒ EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

__Plaintiff's Exhibits # 6, 7, 9, 10b, 11 (Parts 1 & 2), 23, 24__

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature: _[signature]_    Date: __3-28-22__

*Counsel has filed a motion for leave to file copy of exhibits containing a voluminous amount of sensitive medical records pursuant to Local Rule 5.3(b)(3)(C). [D.E. 284]. Counsel will file those exhibits as the Court directs.