IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION

CASE NO.: 1:16-cv-20680-RNS

SUSAN KHOURY,

    Plaintiff,

v.

THE MIAMI-DADE COUNTY SCHOOL
BOARD and GREGORY WILLIAMS,

    Defendants.

_____/

## **DEFENDANT'S NOTICE OF FILING DEFENDANT'S TRIAL EXHIBITS**

Defendant, GREGORY WILLIAMS by and through the undersigned counsel, hereby gives notice of filing the following exhibits, which were introduced into evidence by the Defendant at Trial:

    **Defendant's Exhibit D-C**: Google Map Aerial View

    **Defendant's Exhibit D-I**: Standard Operating Procedure

    **Defendant's Exhibit D-L**: Miami-Dade School Police Incident Report

    **Defendant's Exhibit D-M**: Photo of Plaintiff

CASE NO.: 1:16-cv-20680-RNS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March, 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
**_Counsel for Defendants, THE MIAMI-DADE SCHOOL BOARD and GREGORY WILLIAMS_**
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (305) 350-5365
Facsimile  (305) 373-2294
Primary e-mail: blake.sando@csklegal.com
Secondary e-mail: maria.vera@csklegal.com

By:  s/ Blake S. Sando
BLAKE S. SANDO
Florida Bar No.:  939293
MARIA D. VERA
Florida Bar No.:  1002657

4886.0011-00/-1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-20680-RNS

__SUSAN KHOURY____,
     **Plaintiff**

v.

**GREGORY WILLIAMS____**,
     **Defendant.**

### CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, Blake S. Sando, Esq., as counsel for the DEFENDANT, hereby certify the following:

Check the applicable sections:

  **X**   ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☐  EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

_____

_____

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:    s/Blake S. Sando               Date:   March 28, 2022