| | |
|---|---|
| **Agency Name** | Miami - Dade Schools Police |
| **ORI** | FL 0133700 |
| **Location of Incident** | 9451 Sw 64th St, Unincorporated Miami FL 33173- |

**INCIDENT/INVESTIGATION REPORT**

** Contains Restricted Names **

| | |
|---|---|
| SPAR Case# | W05939 |
| Case# | 2015-00997 |
| Date / Time Reported | 01/29/2015  18:57  Thu |
| Last Known Secure | 01/29/2015  18:57  Thu |
| At Found | 01/29/2015  18:57  Thu |

### INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon/Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Baker Act 394.463 | | NONE | | | | |
| #2 | Crime Incident | ( ) | Weapon/Tools | Entry | Exit | Security | Activity |
| #3 | Crime Incident | ( ) | Weapon/Tools | Entry | Exit | Security | Activity |

**MO**

### VICTIM

| # of Victims | 1 | Type: INDIVIDUAL (NOT A LE OFFICER) | Injury: Not Applicable | Domestic: N |
|---|---|---|---|---|

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | KHOURY, SUSAN | | 01/15/1959 Age 56 | W | F | NONE | | |

| Home Address | Home Phone |
|---|---|
| 6120 SW 94TH PLACE, Unincorporated Miami, FL 33173- | 000-000-0000 |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| (UNKNOWN) | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

### OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type: INDIVIDUAL (NOT A LE OFFICER) | | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| IO | ZUBILLAGA, DORIS | | | 10/25/1960 Age 54 | W | F | | | |

| Home Address | Home Phone |
|---|---|
| 6821 S W 92 Ct, Miami, FL 33173 | 786-547-1204 |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

| Type: INDIVIDUAL (NOT A LE OFFICER) | | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| IO | AGOSTO, V Restricted | | | Age | | | | | |

| Home Address | Home Phone |
|---|---|
| | 305-000-0000 |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| Homestead Pd (POLICE OFFICER) | | |

### PROPERTY

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Officer/ID# | Williams, Gregory  (SRO, NO) (270194) |
|---|---|
| Invest ID# | (0) |
| Supervisor | Peraza, Beatriz  (PS, 09) (228224) |

| Status | Complainant Signature | Case Status | Report Written | 01/29/2015 | Case Disposition: Report Written | 01/29/2015 | Page 1 |
|---|---|---|---|---|---|---|---|

Printed By: LPEREZ, REC02       Sys#: 116571       10/12/2015 10:05:08

CASE NO. 16-CV-206800-SCOLA
D-L

MDCPS 000106

SPAR Case#: *W05939*  
*Miami - Dade Schools Police*

**INCIDENT/INVESTIGATION REPORT**  
Page 2

By: LPEREZ, REC02   10/12/2015 10:05

Case# **2015-00997**

Status Codes: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers  
*FERGUSON, R.M. (124473)*

Suspect Hate / Bias Motivated: *None (No bias)*

Page 2

**NARRATIVE**

On 01/29/2015 at approximately 1953hrs I was dispatched to a disturbance at Glades Middle School. Upon my arrival at 2014hrs, I met with complainant Doris Zubillaga. She stated that Susan Khoury, a resident in the community, was taking pictures of children, parents and their vehicles, without their consent, which caused the parents to be concerned. Ms. Zubillaga advised that their vehicles were legally parked near the schools playground. Ms. Zubillaga explained that Khoury became confrontational with her and other parents when questioned about why she was photographing their children. I asked Zubillaga if Khoury was still in the area. Zubillaga pointed to Khoury who was standing across the street from the playground. I then opened the gate to the playground to allow some children and parents to enter and exit.

After opening the gate, I walked across the street and approached Khoury. I politely asked Khoury how she was doing and what was going on. Khoury stated that she was well and that she was taking pictures of the vehicles parked along the street because it was a problem and she didn't want them there. I explained to Khoury that all the vehicles were legally parked and that they had a right to park there. I asked Khoury if she could stop being confrontational with parents and their families who are simply attending their children's baseball practice. Khoury was unreasonable and would not explain why she was photographing families at the baseball practice. Khoury simply stated that she had every right to take pictures. Furthermore, Khoury became defensive and stated, if you're going to charge me with harassment then charge me, but I'm not doing anything wrong; so I'm leaving.

I walked back toward the schools playground and began talking to the complainant, Zubillaga, when Khoury came back from across the street and began videotaping vehicles again as she shouted, let me video your police car. I said, sure go ahead. As I continued to listen to residents complain about Khoury's behavior, she approached and began videotaping us. I walked toward Khoury to inquire why she was doing this animation. While I was talking, I raised my hand and Khoury pushed me which caused me to lose my footing and fall. I reached out to grab Khoury, she resisted which caused her to fall to the ground. I asked her to get up off the ground and she started screaming call 911 he's attacking me. I tried to lift her but she was too heavy. Off- duty Homestead Police Officer V. Agosto (Badge 465) Court ID (0728), who was with his children at the school, came to my assistance. Officer Agosta and I were able to handcuff Khoury and place her in the rear of my patrol car without injury.

I determined based on my law enforcement experience and training (Crisis Intervention Training) that Khoury's erratic behavior demonstrated she was not of sound mind. Khoury did not understand that her aggressive behavior was unlawful. Khoury continued in a tirade of screams saying that I attacked her. I placed Khoury into custody and transported her to Kendall Region Hospital for an Involuntary Mental Health examination.  
Nothing further to report at this time.